PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY,
Appellant, *v.* CALLISTER BROTHERS, INC., et al.,
Respondents.

Argued January 15, 1940; decided February 27, 1940.

*Wilkie Bushby* and *Albert A. Du Pont* for appellant.

*Paul G. Reilly* for New York State Bankers Association, *amicus curiæ.*

*Alfred J. Loew* and *Laurence E. Degner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ.  Taking no part: LEWIS, J.